DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN HANNA,**
Appellant,

v.

**JUSTIN A. MARTONE, D.M.D.,** and **THE BALLMAN GROUP**
d/b/a **APPLE TREE DENTAL CARE,**
Appellees.

No. 4D19-397

[May 28, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Broward County; Cymonie S. Rowe, Judge; L.T. Case No. 50-2014-CA-000508-XXXX-MB.

Philip M. Burlington of Burlington & Rockenbach, P.A., West Palm Beach, and Lisa Levine of Lisa S. Levine, P.A., Weston, for appellant.

Brian Russell and Marjorie H. Levine of Bobo, Ciotoli, White & Russell, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and CONNER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***